OPINION — AG — **** OKLAHOMA INCOME TAX ACT — OPTIONAL TRANSITIONAL DEDUCTION **** DIFFERENCES IN THE BASES OF ASSETS UNDER THE FEDERAL TAX LAWS AND THOSE OF OKLAHOMA RESULTING FROM THE ADDITIONAL TWENTY PER CENT (20%)FIRST YEAR DEPRECIATION ALLOWED IN THE FEDERAL CODE ARE SUBJECT TO INCLUSION IN DETERMINING THE OPTIONAL TRANSITIONAL DEDUCTION. CITE: 68 O.S. 1971 2354 [68-2354], 68 O.S. 1971 2353 [68-2353],26 U.S.C. § 179 (CHARLES L. PAIN)